UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROD PERRY,<br><br>                      Plaintiff,<br>v.<br><br>COLUMBIA RECOVERY GROUP LLC,<br><br>                      Defendant. | CASE NO. C16-0191JLR<br><br>RULE 16(B) AND RULE 23(D)(2) SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |

| | |
|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | *July 21, 2017* |
| Deadline for Plaintiffs to file motion for class certification | *September 22, 2017* |
| Deadline for Defendant's Response to Motion for Class Certification | *October 23, 2017* |
| Deadline for Plaintiffs' Reply in Support of Motion for Class Certification | *November 6, 2017* |

ORDER - 1

Counsel for Plaintiff(s) shall inform the court immediately should Plaintiff(s) at any time decide not to seek class certification. The dates set in this scheduling order are firm dates that can be changed only by order of the court, not by agreement of the parties. The court will alter these dates only upon good cause shown. The failure to complete discovery within the time allowed will not ordinarily constitute good cause.

Dated this 30 day of March, 2017.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2